IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIA LEE BIGBACK,<br><br>Defendant | Case No.: CR 23-17-GF-BMM<br><br><br>**ORDER** |

Defendant Julia Bigback, having filed a Motion to vacate the change of plea hearing currently set for January 9, 2024, at 1:30 p.m., and set the matter for a jury trial; IT IS HEREBY ORDERED that the change of plea hearing in this matter, presently scheduled for January 9, 2024 is VACATED;

IT IS FURTHER HERBY ORDERED that the following schedule shall apply: The final pretrial conference is set for **January 23, 2024 at 8:30 a.m**.  The jury trial is set for Tuesday, **January 23, 2024 at 9:00 a.m.** in the Charles N. Pray Courtroom at the Missouri River Federal Courthouse, Great Falls, Montana.  The Jury Instructions and Trial Briefs are due by **January 16, 2024**.

DATED this 8th day of January, 2024.

ORDER - 1

_____
Brian Morris, Chief District Judge
United States District Court